UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| MARY ANN DODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:16-cv-00104 |
| | ) CHIEF JUDGE CRENSHAW |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 22) in which the Magistrate Judge recommends denying the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) and affirming the final decision of the Commissioner to deny Plaintiff benefits under the Social Security Act. No objection has been timely filed despite specific instructions that were provided to Plaintiff in the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's analysis and conclusions. Accordingly, the Report and Recommendation (Doc. No. 22) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED** and the final decision of the Commissioner is **AFFIRMED**. This is a final order under the Federal Rules of Civil Procedure and the Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE